AUMAN v. DAIRY PRODUCTS

No. 32 PC.

Case below: 20 N.C. App. 599.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


BOYER v. BOYER

No. 34 PC.

Case below: 20 N.C. App. 637.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


CITY OF BREVARD v. RITTER

No. 6 PC.

Case below: 20 N.C. App. 380.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1974.


CITY OF WINSTON-SALEM v. PARKER

No. 33 PC.

Case below: 20 N.C. App. 634.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


HAMMER v. ALLISON

No. 36 PC.

Case below: 20 N.C. App. 623.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.